## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Topeka Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DOUGLAS JAMES BARRETT, JR.,**<br><br>**Defendant.** | **Case No. 21- 40009-TC** |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

### Theft of Public Money – 18 U.S.C. § 641

On or about May 31, 2018, in the District of Kansas, the defendant,

## DOUGLAS JAMES BARRETT, JR.,

knowingly embezzled, stole, purloined, and converted money received from the

Farm Service Agency, an agency of the United States Department of Agriculture, to

wit; $33,990.00 from the Farm Service Agency on Loan 44-01 designated for the

purchase of livestock for Barrett Cattle and Farm, which livestock would then serve

as mortgaged collateral; however, the defendant instead used the proceeds from

Loan 44-01 on personal expenses not related to Barrett Cattle and Farm.

This was in violation of Title 18, United States Code, Section 641.

> Stephen R. McAllister
> United States Attorney
> District of Kansas
>
>
> /s/ Christine E. Kenney
> Christine E. Kenney, #13542
> Assistant United States Attorney
> 444 SE Quincy, Room 290
> Topeka, KS   66683
> Telephone: (785) 295-2850

**PENALTIES:**

Ct. 1:  18 U.S.C. § 641
        Theft of Public Money

- NMT 10 Years Imprisonment,
- $250,000 Fine,
- 3 Years Supervised Release
- $100 Special Assessment